UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES MOCK,

        Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

CASE NO. C16-5438-TSZ

**ORDER REVERSING AND REMANDING CASE FOR AWARD OF BENEFITS**

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, to which no objections have been timely filed, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) The Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration for an immediate award of benefits.

3) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

DATED this 27th day of January, 2017.

                /s/ Thomas S. Zilly
                Thomas S. Zilly
                United States District Judge