UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES MOCK,<br><br>              Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>              Defendant. | C16-5438 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for attorney's fees, docket no. 25, is GRANTED. It is hereby ORDERED that attorney's fees in the amount of $4,450.57, shall be awarded to plaintiff pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the check for plaintiff's EAJA fees shall be made payable to Amy Gilbrough, based upon plaintiff's assignment of this fee to his attorney. Any check for EAJA fees shall be mailed to plaintiff's counsel, Amy Gilbrough, at Douglas Drachler McKee & Gilbrough, LLP, 1904 Third Avenue, Suite 1030, Seattle, WA, 98101.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of April, 2017.

                                                     William M. McCool
                                                   Clerk

                                                   s/Karen Dews
                                                 Deputy Clerk

MINUTE ORDER - 1