United States District Judge Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES MOCK, | NO. 2:16-cv-05438-TSZ |
| Plaintiff, | ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |
| vs. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff's unopposed Motion for Attorney Fees Pursuant to 42 U.S.C.§ 406(b), docket no. 27, is hereby GRANTED. Plaintiff's attorney, Amy Gilbrough, is awarded an attorney fee of $12,507.50, pursuant to 42 U.S.C. § 406(b). Social Security is directed to send $12,507.50 to Plaintiff's attorney, minus any applicable processing fees as allowed by statute.

DATED this 14th day of August, 2017.

_____
Thomas S. Zilly
United States District Judge

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [No. 2:16-cv-05438-TSZ] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900

Presented by:

S/AMY GILBROUGH
AMY GILBROUGH, WSBA #26471
Attorney for Plaintiff